UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KASHIF M. ROBERTSON,          :

    Plaintiff          :          CIVIL ACTION NO. 1:20-1736

v.                                       :          (JUDGE MANNION)

                                                   :

RICHARD ANGLEMEYER, *et al*.,

                                                   :

    Defendants

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The January 31, 2022 report of Judge Schwab, **(Doc. 48)**, is **ADOPTED IN ITS ENTIRETY**.

2. The defendants' motion to dismiss, **(Doc. 32)**, Robertson's amended complaint, **(Doc. 30)**, is **GRANTED**, to the extent that the defendants, in their individual capacities, are entitled to qualified immunity as to Robertson's damages claims, to the extent that Robertson is not entitled to injunctive relief

against the defendants in their official capacities, and to the extent that the 11th Amendment bars Robertson's damages claims against the defendants in their official capacities.

3. Robertson's amended complaint, **(Doc. 30)**, is **DISMISSED**.

4. Robertson's objections to the report, **(Doc. 52)**, are **OVERRULED**.

5. Robertson's requests for a stay of this case pending his appeals with the Pennsylvania Superior Court of his 2017 Dauphin County Court criminal case, (Doc. 30 at 5, para. 4.4 & Doc. 52 at 2), are **DENIED**.

6. The clerk of court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 27, 2022**
20-1736-01-Order